UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER BARTIE o/b/o HER DECEASED SON JAVON KENNERSON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VERSUS | ) ) | CASE NUMBER: 1:21-CV-4074 |
| LASALLE CORRECTIONS, L.L.C., LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, SECRETARY JAMES M. LEBLANC, CATAHOULA CORRECTIONAL CENTER, SHERIFF TONEY EDWARDS, SHERMAN FORD, JEREMY WILEY, BEN ADAMS, RANDY STOCKMAN, BLAKE LEBLANC, PAT BOOK, WARDEN SHERMAN FORD, WARDENY JEREMY WILEY, ASST. WARDEN ERICT STOTT, CLARA HODAS, LILLIE BROWN, ASHLI OLIVEAUX, SELENA HOLMES, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, JOHN DOE #9, JOHN DOE #10, ABC INSURANCE COMPANY, XZY INSURANCE COMPANY, RST INSURANCE COMPANY. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**ORDER**

IT IS ORDERED that William R. Claiborne be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Plaintiff in the above described action.

SO ORDERED , this __11th__ day of __March__ ,2022

_____
JUDGE, USDC Western District of Louisiana