**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JENNIFER BARTIE o/b/o )
HER DECEASED SON JAVON )
KENNERSON, )
     )
    Plaintiff, )
     )
VERSUS )    **CASE NUMBER: 1:21-CV-4074**
     )
LASALLE CORRECTIONS, L.L.C., )
LOUISIANA DEPARTMENT OF )
PUBLIC SAFETY AND )    **JURY TRIAL DEMANDED**
CORRECTIONS, )
SECRETARY JAMES M. LEBLANC, )
CATAHOULA CORRECTIONAL )
CENTER, )
SHERIFF TONEY EDWARDS, )
SHERMAN FORD, JEREMY WILEY, )
BEN ADAMS, RANDY STOCKMAN, )
BLAKE LEBLANC, PAT BOOK, )
WARDEN SHERMAN FORD, )
WARDENY JEREMY WILEY, )
ASST. WARDEN ERICT STOTT, )
CLARA HODAS, LILLIE BROWN, )
ASHLI OLIVEAUX, )
SELENA HOLMES, )
JOHN DOE #1, JOHN DOE #2, )
JOHN DOE #3, JOHN DOE #4, )
JOHN DOE #5, JOHN DOE #6, )
JOHN DOE #7, JOHN DOE #8, )
JOHN DOE #9, JOHN DOE #10, )
ABC INSURANCE COMPANY, )
XZY INSURANCE COMPANY, )
RST INSURANCE COMPANY. )
     )
    Defendants. )

**ORDER**

IT IS ORDERED that Eliana Machefsky be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Plaintiff in the above described action.

SO ORDERED on this, the ___11th___ day of ___March___, 20__22__ .

_____
U.S. Magistrate Judge