UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER BARTIE o/b/o<br>HER DECEASED SON JAVON<br>KENNERSON, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VERSUS | ) ) | CASE NUMBER: 1:21-CV-4074 |
| LASALLE CORRECTIONS, L.L.C.,<br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND<br>CORRECTIONS,<br>SECRETARY JAMES M. LEBLANC,<br>CATAHOULA CORRECTIONAL<br>CENTER,<br>SHERIFF TONEY EDWARDS,<br>SHERMAN FORD, JEREMY WILEY,<br>BEN ADAMS, RANDY STOCKMAN,<br>BLAKE LEBLANC, PAT BOOK,<br>WARDEN SHERMAN FORD,<br>WARDENY JEREMY WILEY,<br>ASST. WARDEN ERICT STOTT,<br>CLARA HODAS, LILLIE BROWN,<br>ASHLI OLIVEAUX,<br>SELENA HOLMES,<br>JOHN DOE #1, JOHN DOE #2,<br>JOHN DOE #3, JOHN DOE #4,<br>JOHN DOE #5, JOHN DOE #6,<br>JOHN DOE #7, JOHN DOE #8,<br>JOHN DOE #9, JOHN DOE #10,<br>ABC INSURANCE COMPANY,<br>XZY INSURANCE COMPANY,<br>RST INSURANCE COMPANY. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**ORDER**

Considering the foregoing *Motion for Leave to Amend Complaint under F.R.C.P. 15(a)(1)*

filed by Plaintiff;

Page 1 of 2

**IT IS SO ORDERED** that the Plaintiffs' Motion for Leave to Amended Complaint is **GRANTED.**

.

SO ORDERED , this <u>11th</u>day of <u>March</u>, 2022.

<u>                                        </u>
JUDGE, USDC Western District of Louisiana