UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER BARTIE o/b/o HER DECEASED SON JAVON KENNERSON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VERSUS | ) ) | CASE NUMBER: 1:21-CV-4074 |
| LASALLE CORRECTIONS, L.L.C., LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, SECRETARY JAMES M. LEBLANC, CATAHOULA CORRECTIONAL CENTER, SHERIFF TONEY EDWARDS, SHERMAN FORD, JEREMY WILEY, BEN ADAMS, RANDY STOCKMAN, BLAKE LEBLANC, PAT BOOK, WARDEN SHERMAN FORD, WARDENY JEREMY WILEY, ASST. WARDEN ERICT STOTT, CLARA HODAS, LILLIE BROWN, ASHLI OLIVEAUX, SELENA HOLMES, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, JOHN DOE #9, JOHN DOE #10, ABC INSURANCE COMPANY, XZY INSURANCE COMPANY, RST INSURANCE COMPANY. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**ORDER**

Considering the foregoing *Motion to Amend and Correct ECF Entry #9* filed by Plaintiff;

Page 1 of 2

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and ECF #9 shall be amended and corrected to reflect that only a Motion for Lauren Bonds to Appear Pro Hac Vice is before this Court, and that no motion to appoint Ms. Bonds as pro bono counsel has been filed.

SO ORDERED , this ___18th___day of _____March_____, 2022.

_____

JUDGE, USDC Western District of Louisiana