**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JENNIFER BARTIE o/b/o | ) | |
| HER DECEASED SON JAVON | ) | |
| KENNERSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| VERSUS | ) | CASE NUMBER: 1:21-CV-4074 |
| | ) | |
| LASALLE CORRECTIONS, L.L.C., | ) | |
| LOUISIANA DEPARTMENT OF | ) | |
| PUBLIC SAFETY AND | ) | JURY TRIAL DEMANDED |
| CORRECTIONS, | ) | |
| SECRETARY JAMES M. LEBLANC, | ) | |
| CATAHOULA CORRECTIONAL | ) | |
| CENTER, | ) | |
| SHERIFF TONEY EDWARDS, | ) | |
| SHERMAN FORD, JEREMY WILEY, | ) | |
| BEN ADAMS, RANDY STOCKMAN, | ) | |
| BLAKE LEBLANC, PAT BOOK, | ) | |
| WARDEN SHERMAN FORD, | ) | |
| WARDENY JEREMY WILEY, | ) | |
| ASST. WARDEN ERICT STOTT, | ) | |
| CLARA HODAS, LILLIE BROWN, | ) | |
| ASHLI OLIVEAUX, | ) | |
| SELENA HOLMES, | ) | |
| JOHN DOE #1, JOHN DOE #2, | ) | |
| JOHN DOE #3, JOHN DOE #4, | ) | |
| JOHN DOE #5, JOHN DOE #6, | ) | |
| JOHN DOE #7, JOHN DOE #8, | ) | |
| JOHN DOE #9, JOHN DOE #10, | ) | |
| ABC INSURANCE COMPANY, | ) | |
| XZY INSURANCE COMPANY, | ) | |
| RST INSURANCE COMPANY. | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

Considering the foregoing *Motion to Enroll Additional Counsel of Record* filed by Plaintiff;

Page 1 of 2

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and David J. Utter (#23236)

of The Claiborne Law Firm, P.C., 410 East Bay Street. Savannah, Georgia 31401, (912) 236-9559,

david@claibornefirm.com, is hereby enrolled as additional counsel of record on behalf of Plaintiff.

SO ORDERED , this ____18th___day of _____March_____, 2022.

_____

JUDGE USDC Western District of Louisiana