## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER BARTIE o/b/o** | ) | |
| **HER DECEASED SON JAVON** | ) | |
| **KENNERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VERSUS** | ) | **CASE NUMBER: 1:21-CV-4074** |
| | ) | |
| **LASALLE CORRECTIONS, L.L.C.,** | ) | |
| **LOUISIANA DEPARTMENT OF** | ) | |
| **PUBLIC SAFETY AND** | ) | **JURY TRIAL DEMANDED** |
| **CORRECTIONS,** | ) | |
| **SECRETARY JAMES M. LEBLANC,** | ) | |
| **CATAHOULA CORRECTIONAL** | ) | |
| **CENTER,** | ) | |
| **SHERIFF TONEY EDWARDS,** | ) | |
| **SHERMAN FORD, JEREMY WILEY,** | ) | |
| **BEN ADAMS, RANDY STOCKMAN,** | ) | |
| **BLAKE LEBLANC, PAT BOOK,** | ) | |
| **WARDEN SHERMAN FORD,** | ) | |
| **WARDEN JEREMY WILEY,** | ) | |
| **ASST. WARDEN ERIC SCOTT,** | ) | |
| **CLARA HODAS, LILLIE BROWN,** | ) | |
| **ASHLI OLIVEAUX,** | ) | |
| **SELENA HOLMES,** | ) | |
| **JOHN DOE #1, JOHN DOE #2,** | ) | |
| **JOHN DOE #3, JOHN DOE #4,** | ) | |
| **JOHN DOE #5, JOHN DOE #6,** | ) | |
| **JOHN DOE #7, JOHN DOE #8,** | ) | |
| **JOHN DOE #9, JOHN DOE #10,** | ) | |
| **ABC INSURANCE COMPANY,** | ) | |
| **XZY INSURANCE COMPANY,** | ) | |
| **RST INSURANCE COMPANY.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Considering the foregoing *Motion for Extension of Time to Effect Service* filed by Plaintiff;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Plaintiff shall be given

Page 1 of 2

twenty-one (21) days from the signing of this order to effect service in this matter.

SO ORDERED , this 10th day of _____April_____, 2022.

_____
JUDGE, USDC Western District of Louisiana