**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JENNIFER BARTIE o/b/o )
HER DECEASED SON JAVON )
KENNERSON, )
)
    **Plaintiff,** )
)
VERSUS )        **CASE NUMBER: 1:21-CV-4074**
)
LASALLE CORRECTIONS, L.L.C., )
LOUISIANA DEPARTMENT OF )
PUBLIC SAFETY AND )        **JURY TRIAL DEMANDED**
CORRECTIONS, )
SECRETARY JAMES M. LEBLANC, )
CATAHOULA CORRECTIONAL )
CENTER, )
SHERIFF TONEY EDWARDS, )
SHERMAN FORD, JEREMY WILEY, )
BEN ADAMS, RANDY STOCKMAN, )
BLAKE LEBLANC, PAT BOOK, )
WARDEN SHERMAN FORD, )
WARDEN JEREMY WILEY, )
ASST. WARDEN ERIC SCOTT, )
CLARA HODAS, LILLIE BROWN, )
ASHLI OLIVEAUX, )
SELENA HOLMES, )
JOHN DOE #1, JOHN DOE #2, )
JOHN DOE #3, JOHN DOE #4, )
JOHN DOE #5, JOHN DOE #6, )
JOHN DOE #7, JOHN DOE #8, )
JOHN DOE #9, JOHN DOE #10, )
ABC INSURANCE COMPANY, )
XZY INSURANCE COMPANY, )
RST INSURANCE COMPANY. )
)
    **Defendants.** )

---

**ORDER**

---

Considering the foregoing *Motion for Leave to Amend Plaintiff's Motion for Extension of*

*Time to Effect Service* filed by Plaintiff;

Page 1 of 2

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

SO ORDERED , this __19th__ day of ___April___, 2022.

_____

JUDGE, USDC Western District of Louisiana