UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JENNIFER BARTIE**                                   **CASE NO. 1:21-CV-4074**

**VERSUS**                                            **JUDGE DRELL**

**LASALLE CORRECTIONS L L C ET AL**                   **MAGISTRATE JUDGE PEREZ-MONTES**

## O R D E R

After review of the record in the above-captioned case, the undersigned must recuse himself from further proceedings. It is, therefore,

ORDERED that this case is REFERRED to the Chief Judge of the Western District of Louisiana for reassignment.

THUS, DONE AND SIGNED this 24ᵗʰ day of May 2020 at Alexandria, Louisiana.

                                        **DEE D. DRELL, SENIOR JUDGE**
                                        **UNITED STATES DISTRICT COURT**