Case 1:21-cv-04074-DCJ-JPM Document 64 Filed 08/19/22 Page 1 of 2 PageID #: 427

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JENNIFER BARTIE o/b/o | ) | |
| HER DECEASED SON JAVON | ) | |
| KENNERSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| VERSUS | ) | **CASE NUMBER: 1:21-CV-4074** |
| | ) | |
| LASALLE CORRECTIONS, L.L.C., | ) | |
| LOUISIANA DEPARTMENT OF | ) | |
| PUBLIC SAFETY AND | ) | **JURY TRIAL DEMANDED** |
| CORRECTIONS, | ) | |
| SECRETARY JAMES M. LEBLANC, | ) | |
| CATAHOULA CORRECTIONAL | ) | |
| CENTER, | ) | |
| SHERIFF TONEY EDWARDS, | ) | |
| SHERMAN FORD, JEREMY WILEY, | ) | |
| BEN ADAMS, RANDY STOCKMAN, | ) | |
| BLAKE LEBLANC, PAT BOOK, | ) | |
| WARDEN SHERMAN FORD, | ) | |
| WARDENY JEREMY WILEY, | ) | |
| ASST. WARDEN ERICT STOTT, | ) | |
| CLARA HODAS, LILLIE BROWN, | ) | |
| ASHLI OLIVEAUX, | ) | |
| SELENA HOLMES, | ) | |
| JOHN DOE #1, JOHN DOE #2, | ) | |
| JOHN DOE #3, JOHN DOE #4, | ) | |
| JOHN DOE #5, JOHN DOE #6, | ) | |
| JOHN DOE #7, JOHN DOE #8, | ) | |
| JOHN DOE #9, JOHN DOE #10, | ) | |
| ABC INSURANCE COMPANY, | ) | |
| XZY INSURANCE COMPANY, | ) | |
| RST INSURANCE COMPANY. | ) | |
| | ) | |
|    Defendants. | ) | |

---

**ORDER**

---

Considering the foregoing *Motion to Amend First Amended Complaint under FRCP*

*15(a)(2)* filed by Plaintiff;

**IT IS SO ORDERED** that Plaintiffs' Motion to Amend Complaint is **GRANTED.**

SO ORDERED, this 19th day of __August__, 2022.

_____
~~JUDGE ELIZABETH E. FOOTE~~
~~USDC Western District of Louisiana~~

JOSEPH H.L. PEREZ-MONTES
U.S. MAGISTRATE JUDGE