**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
ALEXANDRIA ~~SHREVEPORT~~ **DIVISION**

| | | |
|---|---|---|
| **JENNIFER BARTIE o/b/o** | ) | **CASE NUMBER: 1:21-CV-4074** |
| **HER DECEASED SON JAVON** | ) | |
| **KENNERSON** | ) | |
| | ) | |
| **VERSUS** | ) | |
| | ) | |
| **LASALLE CORRECTIONS,** | ) | |
| **L.L.C., ET AL.** | ) | **JURY TRIAL DEMANDED** |

**ORDER**

PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the motion to withdraw as counsel of record by Verity

Gentry is granted.

                                                                    Alexandria
        THUS DONE AND SIGNED in ~~Shreveport~~, Louisiana, on the ___23rd___ day of

___August_____, 2022.

                                                        _____
                                                            United States Magistrate Judge