UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JENNIFER BARTIE o/b/o )
HER DECEASED SON JAVON )
KENNERSON, )
 )
    Plaintiff, )
 )
VERSUS )        CASE NUMBER: 1:21-CV-4074
 )
LASALLE MANAGEMENT COMPANY )
L.L.C., ET AL. )
 )
 )
 )
    Defendants. )

## ORDER FOR SCHEDULING CONFERENCE

Having considered Plaintiff's Unopposed Motion for the Setting of a Scheduling Conference, **IT IS HEREBY ORDERED** that counsel shall appear for a scheduling conference on ___Oct.___, _25_, 2022 at _10:30_ a.m.

.

**DONE AND ORDERED** this the _18th_ day of ___October___, 2022.

_____
**JOSEPH H L PEREZ-MONTES**
UNITED STATES MAGISTRATE JUDGE