## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

JENNIFER BARTIE o/b/o    )
HER DECEASED SON JAVON    )
KENNERSON,    )
    )
    Plaintiff,    )
    )
v.    )    CASE NUMBER: 1:21-CV-4074
    )
LASALLE MANAGEMENT COMPANY)
L.L.C., ET AL.    )
    )
    )
    )
    Defendants.    )

## UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff respectfully moves the Court to enter a protective order. A copy of the proposed Protective Order, "Protective Order for Confidential Documents," has been submitted. Defendants do not oppose the entry of the proposed Protective Order. Some of the documents and information that have been or will be produced in this case include materials that constitute, contain, or reveal confidential and/or sensitive information, including personal health information, mental health records, personal identifying information, proprietary information, financial information, and information regarding prison procedures and/or security. The unauthorized release of any such information could cause harm to the parties. Plaintiff respectfully requests that the Court grant this motion and enter the attached Protective Order to alleviate the risk of harm that would be caused by the disclosure of confidential information.

Dated: October 25, 2022

/s/ Keisha James
Keisha James*
NATIONAL POLICE
ACCOUNTABILITY PROJECT
PO Box 56386
Washington, DC 20040
(202) 557-9791
keisha.npap@nlg.org

Lauren Bonds*
1403 Southwest Boulevard
Kansas City, Kansas 66103
(620) 664-8584
legal.npap@nlg.org

Eliana Machefsky*
2111 San Pablo Avenue
PO Box 2938
Berkeley, CA 94702
(314) 440-3505
fellow.npap@nlg.org

*/s/* Christopher J. Murell
Christopher J. Murell (#32075), T.A.
MURELL LAW FIRM
2831 St. Claude Ave.
New Orleans, LA 70117
(504) 717-1297 (P)
chris@murell.law

*admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERIVCE**

I hereby certify that a true and correct copy of *Unopposed Motion for Entry of a Protective Order* has been electronically filed with the Clerk of Court using the CM/ECF system. Notice and a copy of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated this 25th day of October, 2022.

/s/ Keisha James
Keisha James