**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
ALEXANDRIA ~~LAFAYETTE~~ **DIVISION**

| | | |
|---|---|---|
| **JENNIFER BARTIE o/b/o** | ) | **CASE NUMBER: 1:21-CV-4074** |
| **HER DECEASED SON JAVON** | ) | |
| **KENNERSON,** | ) | |
| | ) | **JUDGE DAVID JOSEPH** |
| **Plaintiff,** | ) | |
| | ) | |
| **VERSUS** | ) | **MAGISTRATE JUDGE PEREZ-MONTES** |
| | ) | |
| **LASALLE MANAGEMENT COMPANY** | ) | |
| **L.L.C., ET AL.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**ORDER**

---

Considering the foregoing *Motion to Withdraw Counsel of Record* filed on behalf of Defendants, LaSalle Corrections, LLC, LaSalle Management Company, LLC, Sherman Ford, Eric Stott, Pat Book, Sheriff Toney Edwards, Randy Stockman, Ben Adams, and Jeremy Wiley (hereinafter collectively "Defendants");

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Brent Hicks, Esq. is withdrawn as counsel of record for Defendants, LaSalle Corrections, LLC, LaSalle Management Company, LLC, Sherman Ford, Eric Stott, Pat Book, Sheriff Toney Edwards, Randy Stockman, Ben Adams, and Jeremy Wiley. Deirdre McGlinchey, Esq. and Brad Barback, Esq. with the law firm of McGlinchey Stafford, PLLC will remain as counsel of record for Defendants.

MARCH 17, 2023 _____
~~JUDGE DAVID C. JOSEPH~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE