**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JENNIFER BARTIE o/b/o**                    **CASE NUMBER: 1:21-CV-4074**
**HER DECEASED SON JAVON**
**KENNERSON**

**VERSUS**                                          **JUDGE DAVID C. JOSEPH**

**LASALLE MANAGEMENT COMPANY**      **MAGISTRATE JUDGE PEREZ-MONTES**
**L.L.C., ET AL**

**ORDER**

Considering the Notice and Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Jennifer Bartie, o/b/o her deceased son Javon Kennerson, and all Defendants,

IT IS HEREBY ORDERED that this action filed by Plaintiff, Jennifer Bartie, o/b/o her deceased son Javon Kennerson, including all claims against Defendants, LaSalle Corrections, LLC, LaSalle Management Company, LLC, Sherman Ford, Eric Stott, Pat Book, Sheriff Toney Edwards, Randy Stockman, Ben Adams, Jeremy Wiley, Louisiana Department of Public Safety & Corrections, James LeBlanc, Blake LeBlanc, Ashli Oliveaux, Selena Holmes, Clara Hodas, and Lillie Brown, which were or may have been asserted herein, is hereby DISMISSED WITH FULL PREJUDICE, with each party to bear their own attorney's fees and costs.

THUS DONE AND SIGNED in Chambers on this __6th__ day of ____July____, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE